# ELECTRONIC RECORD

355-15

COA #    10-14-00014-CR                    OFFENSE:  Poss of a Controlled Substance

STYLE:   Ruben Heredia v. The State of Texas          COUNTY:  Navarro

TRIAL COURT:       County Court at Law                          _____ MOTION
TRIAL COURT #:     C34853-CR                    FOR REHEARING IS:  _____
TRIAL COURT JUDGE:  Hon. James E. Lagomarsino   DATE:  _____
DISPOSITION:   Affirmed                         JUDGE:  _____

DATE:      March 5, 2015

JUSTICE:   Chief Justice Gray      PC _____   S _____  X _____
PUBLISH:   _____       DNP:   X _____

CLK RECORD:    March 5, 2014           SUPP CLK RECORD:    February 2, 2015
RPT RECORD:    March 12, 2014          SUPP RPT RECORD:    _____
STATE BR:      November 17, 2014       SUPP BR:            _____
APP BR:        August 15, 2014         PRO SE BR:          _____

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD                    CCA # _____ 355-15 _____

-----------------------

_APPELLANT'S_ Petition                  Disposition:  _____
FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:  _____
_____ REFUSED _____                     JUDGE:  _____
DATE: _06/03/2015_                      SIGNED: _____      PC: _____
JUDGE: _Per Curiam_                     PUBLISH: _____     DNP: _____

-----------------------

_____ MOTION FOR REHEARING IN           MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____          _____ ON _____

JUDGE: _____                JUDGE: _____